Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order



United States Courts
Southern District of Texas
FILED
*April 14, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 4:24-CR-565-S** |
| **v.** | |
| **LYNDELL LEROY PRICE,** | |
| **JOHN LEE PRICE,** | |
| **ARMANI WILLIAMS, and** | |
| **MIZIAH SHEPHERD,** | **FILED UNDER SEAL** |
| **Defendants.** | |

MOTION TO SEAL

COMES NOW the United States of America, and files this motion to seal the Superseding Indictment returned on the 8th day of April 2025, against the above-named defendants and this Motion and Order in support thereof would show the following:

I.

The Superseding Indictment charges the defendants with Conspiracy to Commit Arson; Aiding and Abetting Arson; and Conspiracy to Use and Interstate Facility to Commit Arson. Law enforcement officers will need to locate and plan the arrest of the Defendants. Premature disclosure of the existence of the Superseding Indictment is likely to result in flight to avoid arrest and prosecution.

II.

The government respectfully requests that the Superseding Indictment returned on April 8, 2025, against the above-named defendants and this Motion and Order be filed under seal (except copies issued to the defendants, defendants' counsel, counsel for the government and federal

agents involved in this investigation), and further requests that the Superseding Indictment be unsealed once the defendants have been arrested. The government further request that the Superseding Indictment remain sealed upon the appearance of John Lee Price.

Date: April 14, 2025

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By: Sebastian Edwards

Sebastian Edwards
Assistant United States Attorney
Attorney-in-Charge
S.D. Tex. ID No.: 2936036
State Bar Nos.: 24032149
1000 Louisiana Street, 24th Floor
Houston, Texas 77002
Tel.: (713) 567-9503; FAX: (713) 718-3303
E-mail: Sebastian.Edwards@usdoj.gov
*Counsel for the United States of America*