Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA,**

**v.**

**LYNDELL LEROY PRICE,**

**JOHN LEE PRICE,**

**ARMANI WILLIAMS, and**

**MIZIAH SHEPHERD,**

**Defendants.**

**CASE NO. 4:24-CR-565-S**

# ORDER

HAVING CONSIDERED the Government's Motion to Seal the Superseding Indictment returned on April 8, 2025, against the above-named defendants and the Motion to Seal and this Order in the above numbered cause, it is hereby

**ORDERED** that the government's motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Superseding Indictment will be unsealed as to each of the defendants, Lyndell Leroy Price, Armani Williams, and Miziah Shepherd, upon the arrest of that particular defendant. The Superseding Indictment SHALL REMAIN SEALED upon the

appearance of John Lee Price.

**SIGNED** in Houston, Texas on this the 14th day of April 2025.

______________________________

HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE