Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*April 08, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:24-CR-565-S |
| v. | |
| LYNDELL LEROY PRICE, | |
| ▮▮▮▮▮▮▮▮, | **SUPERSEDING INDICTMENT** |
| ARMANI WILLIAMS, and | 18 U.S.C. § 844(n) |
| ▮▮▮▮▮▮▮▮ | 18 U.S.C. § 844(i) |
| Defendants. | 18 U.S.C. § 1952(a)(3) |
| | 18 U.S.C. § 371 |
| | 18 U.S.C. § 2 |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

**(Conspiracy to Commit Arson)**

On or about June 12, 2020, in the Southern District of Texas,

**LYNDELL LEROY PRICE,**

▮▮▮▮▮▮▮▮,

**ARMANI WILLIAMS, and**

▮▮▮▮▮▮▮▮

defendants herein, did knowingly and willfully conspire and agree together and with each other

and with others known and unknown to the grand jury, to maliciously damage and destroy, and

1

attempt to damage and destroy, by means of fire, a building used in interstate commerce, and in activities affecting interstate commerce, to wit, Bar 5015, a bar and restaurant located at 5015 Almeda Road, Houston, Texas.

**Object of the Conspiracy**

It was the object of the conspiracy for the defendants, **LYNDELL LEROY PRICE**, , **ARMANI WILLIAMS**, ████████████████ and an unnamed co-conspirator to maliciously damage and destroy, by means of fire, Bar 5015, a bar and restaurant at 5015 Almeda Road, Houston, Texas, for their own financial gain.

**Overt Acts**

In furtherance of the conspiracy, and to effect the object thereof, the defendants, **LYNDELL LEROY PRICE**, ████████████████ **ARMANI WILLIAMS**, ████████████████, and an unnamed co-conspirator committed one or more of the following overt acts:

1. On or between June 11 - 12, 2020, **LYNDELL LEROY PRICE,** entered into an agreement with at least one named co-conspirator to provide payment to a crew tasked with setting fire to Bar 5015.

2. In the early morning hours of June 12, 2020, ████████████████ **ARMANI WILLIAMS,** ████████████████, and an unnamed co-conspirator purchased gasoline, gas cans, and face coverings at a truck stop in Houston, Texas.

3. In the early morning hours of June 12, 2020, ████████████████ **ARMANI WILLIAMS,** ████████████████, and an unnamed co-conspirator drove to and parked near the Bar 5015 location in a black Ford Fusion.

2

4. In the early morning hours of June 12, 2020, ▮▮▮▮▮▮▮▮▮▮ **ARMANI WILLIAMS,** ▮▮▮▮▮▮▮▮▮▮, and an unnamed co-conspirator entered the deck area of Bar 5015 and poured gasoline across the deck area as well as down the entrance ramp.

5. At approximately 4:44 am on June 12, 2020, ▮▮▮▮▮▮▮▮▮▮ **ARMANI WILLIAMS,** ▮▮▮▮▮▮▮▮▮▮, and an unnamed co-conspirator lit a piece of paper and ignited a trail of gasoline they poured down the entrance ramp.

6. At approximately 4:47 am, on June 12, 2020, **LYNDELL LEROY PRICE** received a phone call from at least one co-conspirator advising him that the arson was complete.

7. On June 12, 2020, **LYNDELL LEROY PRICE** provided his co-conspirators payment for setting fire to Bar 5015.

All in violation of Title 18, United States Code, Sections 844(n) and (i).

## COUNT TWO

### (Arson)

On or about June 12, 2020, in the Southern District of Texas,

**LYNDELL LEROY PRICE,**

███████████

**ARMANI WILLIAMS, and**

███████████

defendants herein, aiding and abetting each other, did maliciously damage and destroy, and

attempt to damage and destroy, by means of fire, a building used in interstate commerce, and in

activities affecting interstate commerce, to wit, Bar 5015, a bar and restaurant located at 5015

Almeda Road, Houston, Texas.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT THREE

### (Conspiracy to Use an Interstate Facility to Commit Arson)

On or between April 20 - 23, 2020, in the Southern District of Texas,

**LYNDELL LEROY PRICE, and**

███████████

defendants herein, knowingly and willfully conspired and agreed with other persons known and

unknown to the grand jury, to use and cause to be used facilities in interstate commerce, namely

cell phones, with the intent to promote, manage, establish, carry on and facilitate the promotion,

management, establishment and carrying on of an unlawful activity, that is, arson of a vehicle in

4

violation of Texas Penal Code § 28.02(a)(2) while in the commission of auto theft in violation of Texas Penal Code § 31.03, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

### Object of the Conspiracy

It was the object of the conspiracy for the defendants, **LYNDELL LEROY PRICE**, ████████████████, and their co-conspirators to use facilities in interstate commerce with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, arson of a 1975 Chevy Nova Blue in color, TX LP#GN55-VB.

### Overt Acts

In furtherance of the conspiracy, and to effect the object thereof, the defendants, **LYNDELL LEROY PRICE and** ████████████████ committed one or more of the following overt acts:

8. On or between April 20 – 23, 2020, the defendants, **LYNDELL LEROY PRICE,** ████████████████ and their co-conspirators used facilities in interstate commerce, to wit, cellular phones to direct that a stolen 1975 Chevy Nova Blue in color, TX LP#GN55-VB, be destroyed by fire.

9. On or between April 20 – 23, 2020, the defendants, **LYNDELL LEROY PRICE,** ████████████████, and their co-conspirators used facilities in interstate commerce, to wit, cellular phones to coordinate the movement of a stolen 1975 Chevy Nova Blue from an auto service/repair facility to an open field where it was

destroyed as a result of arson, an unlawful activity facilitated by the actions of

**LYNDELL LEROY PRICE** ███████████████ and their co-conspirators.

All in violation of Title 18, United States Code, Sections 1952(a)(3) and 371.


                           A TRUE BILL

                         Original Signature on File

                         _____

                         GRAND JURY FOREPERSON


NICHOLAS J. GANJEI
UNITED STATES ATTORNEY


By:   *Sebastian Edwards*

      Sebastian A. Edwards
      Keri Fuller
      Assistant United States Attorneys