**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT of TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **NO. 4:24-CR-565-3** |
| | * | |
| **Armani WILLIAMS** | * | |
| | * | |
| | * | |

# Unopposed Joint Motion to Continue Motion Filing and Scheduled Dates

Defendant, Armani WILLIAMS, moves this Honorable Court to continue due date Motion Filing and related scheduled dates in Defendant's case by 90 days. In support of this Motion, Defendant states:

1. On April 8, 2025, a Grand Jury indicted Defendant with:
   a. Conspiracy to Commit Arson and
   b. Arson

ECF No. 29.

2. Motion Filing for Mr. Williams is due May 9, 2025. ECF No. 55.

3. Defendant's Counsel requires more time to obtain and review Discovery in the case.
4. Considering these circumstances, Defense Counsel requests due dates and trial date to be continued by 90 days.
5. On May 5, 2025, 2025, this Attorney has communicated with the Government, Keri Fuller and Sebastian Edwards, who responded that they are not opposed to this motion.
6. The case includes two co-defendants: 1) Mr. Lyndell Leroy Price and 2) John Lee Price.
    a. Co-defendants of Mr. Williams have different schedules for Motion Filing. *See* ECF Nos. 49 and 60.
    b. Counsel reached out to attorney for Defendant Mr. Lyndell Price, Mr. Chukwudi Egbuonu, by telephone and email on May 7, 2025, requesting said attorney to join in this motion. At the time of filing this motion, no response was received. Counsel assumes that Mr. Egbuony is not opposed.
    c. Counsel reached out to attorney for Defendant Mr. John Lee Price, Letitia D. Quinones-Hollins, by email on May 7, 2025, requesting said attorney to join in this motion. Said attorney is not opposed to this motion.

RESPECTFULLY SUBMITTED on May 8, 2025.

/s/ ***Paul Matthew Morgan***
Attorney for Defendant Armani WILLIAMS
State Bar No. 24077192
1523 Yale St.
Houston, TX 77008
(Phone) 281 386-9773
(Fax) 713 581-3360
Email: paul@themorganlawfirm.com

DECLARATION OF PAUL MATTHEW MORGAN

I declare under the penalty of perjury that the foregoing is true and correct.

/s/ ***PAUL MATTHEW MORGAN***

CERTIFICATE OF CONFERENCE WITH THE GOVERNMENT

I do hereby certify that on May 5, 2025, this Attorney communicated with the Attorneys representing the Government who are unopposed to this Motion.

CERTIFICATE OF CONFERENCE WITH COUNSEL OF CO-DEFENDANTS

1. Counsel reached out to attorney for Defendant Mr. Lyndell Price, Mr. Chukwudi Egbuonu, by telephone and email on May 7, 2025, requesting said attorney to

join in this motion. At the time of filing this motion, no response was received. Counsel assumes that Mr. Egbuony is not opposed.

2. Counsel reached out to attorney for Defendant Mr. John Lee Price, Letitia D. Quinones-Hollins, on May 7, 2025, requesting said attorney to join in this motion. Said attorney is not opposed to this motion.

## CERTIFICATE OF SERVICE

I do hereby certify that on May 8, 2025, I electronically filed the above motion with Clerk of the Court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court, and I sent the same via e-mail to the attorneys representing the Government at the following addresses:

Sebastian Alexander Edwards
DOJ-USAO
1000 Louisiana St.
Ste 2300
Houston, TX 77584
713-567-9503
Email: sebastian.edwards@usdoj.gov

and

Keri Losen Fuller
DOJ-USAO
Department of Justice
1000 Louisiana St.
Ste 2300
Houston, TX 77002
713-567-9717
Email: keri.fuller@usdoj.gov

And on counsel of Co-Defendants:

Chukwudi Ifeanyi Egbuonu
Email: chuck@celawoffice.com

Letitia D Quinones-Hollins
Email: letitia@quinonesandassociates.com

/s/ ***PAUL MATTHEW MORGAN***

Counsel of Record for Defendant Armani WILLIAMS