**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT of TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **NO. 4:24-CR-565-3** |
| | * | |
| **Armani WILLIAMS** | * | |
| | * | |
| | * | |

# Unopposed Joint Motion to Continue Motion Filing and Scheduled Dates

## ORDER

The Court has considered the Unopposed Motion to Continue Motion Filing and Related Scheduled Dates by 90 days. After review, the motion is

☐ DENIED.

☐ GRANTED. The Court hereby Orders Motion Filing continued to

_________________, 2025.

SIGNED this _____ day of ________, 202_.

___________________________________

**Honorable Sim Lake**
**United States District Judge**