## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:24-cr-00565-1 |
| | § | |
| LYNDELL LEROY PRICE | § | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING

Defendant Lyndell Leroy Price, by and through his undersigned counsel, files this Unopposed Motion to Continue Hearing on Defendant's Motion to Dismiss. In support thereof, Mr. Price respectfully shows the following:

### I.

On July 17, 2025, the Court issued an order scheduling a hearing regarding Lyndell Leroy Price's Motion to Dismiss Indictment with Prejudice or in the Alternative Suppress Evidence for August 20, 2025 at 1:00 p.m.

### II.

Mr. Price's counsel is currently scheduled to be in a court-ordered mediation for a matter pending in the 189th Judicial District in Harris County, Texas on August 20, 2025 at 1:00 p.m. As such, Mr. Price respectfully requests this Court to grant a brief continuance of the hearing to a date the Court is available in the days after August 20, 2025.

Defendant seeks a continuance not simply for delay, but so that justice may

1

be done in accordance with his right to effective assistance of counsel.

Counsel has conferred with Assistant United States Attorney Sebastian Edwards, and he has advised that the Government is unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests this court grant a continuance of the hearing on Defendant's Motion to Dismiss to date shortly thereafter August 20, 2025.

Dated: July 21, 2025.

Respectfully submitted,

/s/ *Chukwudi Egbuonu*
Chukwudi Egbuonu
State Bar No. 24081838
Federal I.D. No. 2365112
LAW OFFICE OF CHUKWUDI EGBUONU
2202 Ruth Street
Houston, Texas 77004
Phone: (713) 635-9488
Fax:    (832) 426-5792
chuck@celawoffice.com

2

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I contacted Sebastian Edwards, counsel for the United States, regarding the filing of Defendant's Motion for Continuance, as requested in this motion.  Mr. Edwards indicated that the United States is unopposed to the relief requested in this motion.

*/s/ Chukwudi Egbuonu*
Chukwudi Egbuonu

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July 2025, a true and correct copy of the foregoing document has been served upon the office of Assistant United States Attorney Sebastian Edwards and all parties of record using the ECF system which sent notification of such filing.

/s/ *Chukwudi Egbuonu*
Chukwudi Egbuonu