JUDGE SIM LAKE

CASE MANAGER S. ANDERSON RPTR/TAPE D. SMITH

LAW CLERK Jane West INTERPRETER ____

TIME ____ / ____ A.M. (begin / end) 1:00 / 2:35 P.M (begin / end) DATE Sept. 4, 2025

CR. NO. H-24-565-S

UNITED STATES OF AMERICA § S. EDWARDS

§ C. Fuller

vs. §

Deft. No. Deft. Name

1 Lyndell Leroy Price § C. Egbuono ____ CJA

____ ____ § ____ ____ CJA

**HEARING**

[67] Hearing held on Defendant's Motion to Dismiss the Indictment or Alternatively to Suppress Evidence

√ **Evidence presented** (exhibits admitted or testimony given) on: Two government witnesses testified; Defendant's Exhibit 1 is Admitted (text message transcript)

____ All motions not expressly decided are denied without prejudice to being reurged.

____ Jury trial set ____ at ____ p.m.

____ Deft____ bond set/reduced to $____ ____Cash ____Surety ____10% ____ PR.

____ Deft____ failed to appear, bench warrant to issue.

____ Deft____ bond ____continued ____forfeited.

√ Deft √ remanded to custody.

OTHER RULINGS

The court reporter will produce an expedited transcript by Monday, September 8, 2025.

Defense counsel will submit an amended motion or a brief in support of the pending motion based on the evidence presented at the hearing by Friday, September 12, 2025.

Counsel for the Government will respond by Friday, September 19, 2025.