5:05 5G

123

L

Lynn >

Today 2:15 PM

So I really just a phone call from some one out of Washington DC with a man on the phone saying you sat in a room off 290 and talk to the Feds etc about anything and everything you thought you could tell even about the chief and all, wow this is what your emotions would make you do luckily I am covered on all ends but the convo was recorded and now they say your a ci working for them wow and I have real proof

Today 3:17 PM

What in the entire fuck are you talking about?!!!!! I haven't spoken to no Feds nigga!!! The only snitch is YOU my guy!!!! Stop texting me!!!! I don't care about you being covered! I could careless

Delivered

Naw you did in my lady in Washington got my back like a mother in law she's over mr richey but you will see , I am covered more than what you think and Leticia hit Richey already .., you have nooo idea who the lady in Washington is, she's a real mother in law and don't want shit to happen to me let's just say this

iMessage

EXHIBIT
1