UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § | |
| vs. | | Criminal No. 4:24-CR-565-S |
| LYNDELL LEROY PRICE | | |
| Defendant. | | |

## ORDER FOR ISSUANCE OF NOTICE

A Superseding Indictment Criminal Information has been filed against the defendant who is

☐ Released on Condition　　☐ Detained　　☒ In Custody

It is ORDERED that a notice be issued for the appearance of said defendant on November 04, 2025 at 10:00 AM.

SIGNED at Houston, Texas　October 29, 2025　.

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE