UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:24−cr−00565

Lyndell Leroy Price

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/4/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date:   October 30, 2025

Nathan Ochsner, Clerk