United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | § | |
| | | § | |
| VS. | | § | CRIMINAL ACTION NO. H–24-565 |
| | | § | |
| LYNDELL LEROY PRICE | (1) | § | |
| JOHN LEE PRICE | (2) | § | |
| ARMANI WILLIAMS | (3) | § | |
| JAVON HARRIS | (5) | § | |

## ORDER

Pending before the Court is a motion (docket no. 143) filed by Defendant Lyndell LeRoy Price (1) for continuance of the trial setting to which the Co-Defendants John Lee Price (2), Armani Williams (3) and Javon Harris (5), pending trial are unopposed. In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the motion to join and motion for continuance are **GRANTED**. A period of excludable delay shall commence from <u>February 18, 2026</u>, pursuant to 18 U.S.C. § 3161, and end upon the start of trial.

Motions shall be filed by: <u>April 6, 2026</u>.

Responses shall be filed by: <u>May 4, 2026</u>.

Proposed Voir Dire, Jury Charge, Exhibit Lists, and Witness Lists shall be filed by: <u>June 15, 2026</u>.

A Pretrial Conference is set for <u>June 18, 2026</u> at <u>11:30 AM.</u>.

Jury Trial will be held on <u>June 22, 2026</u> at <u>1:00 PM</u>.

**SIGNED** at Houston, Texas, on this the 18th day of February, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE