U.S. DISTRICT JUDGE **SIM LAKE**
CASE MANAGER S. ANDERSON RPTR / ~~ERO~~ L. WELLS
LAW CLERK M. JETER USPO D. SANDERS
INTERPRETER ____

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**FILED**
**October 30, 2026**
**NATHAN OSCHNER, CLERK**

TIME ____ (begin) | ____ (end) A.M. 2:00 (begin) | 2:30 (end) P.M.

CR. NO. 4:24-cr-565 DEFT. NO. 1

UNITED STATES OF AMERICA § Sebastian Edwards / Keri Fuller AUSA
vs. §
LYNDELL LEROY PRICE § Chukwudi I Egbuonu / Darryl Austin CJA

## SENTENCING

- ☐ Defendant waived his right to appear in person and consented to appear by video
- ☒ Sentencing held. ☒ Guilty plea ☐ Guilty verdict on 6/11/26, Ct(s) 1ss.
- ☐ Sentencing held **with contested issues**.
- ☒ SENTENCE: Ct 1ss: 105mos BOP; 3yrs SRT; Restitution: TBD at a later date (jointly & severally); No fine; $100 Special Assessment

  $100 special assessment on Count(s) 1ss.
- ☐ **Time served**.
- ☒ Notice re: Decision of My Right to Appeal provided to Counsel for Defendant.
- ☒ Count(s) 2s - 6ss dismissed on government's motion / Order to be entered.
- ☐ Deft ordered to surrender to U.S. Marshal on ____.
- ☐ Deft ordered to surrender to institution when designated.
- ☐ Change of plea hearing, deft withdraws plea of guilty.
- ☐ Jury trial set for ____ at ____.
- ☐ Deft bond ☐ set ☐ reduced to $ ____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Deft bond ☐ continued ☐ forfeited.
- ☐ Deft to be released from custody.
- ☒ Deft remanded to custody.
- ☒ Terminate other settings for this deft. ☒ Terminate motions for this deft.

OTHER PROCEEDINGS: 1. Objections's to PSR ruled on as stated on the record.
2. PSR ruled on as state on the record.
2. Court will recommend Three Rivers or Bastrop facility for confinement.