**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:24-cr-565-1 |
| | § | |
| LYNDELL LEROY PRICE | § | |

**DEFENDANT'S NOTICE OF APPEAL**

Defendant Lyndell Price, by and through his undersigned counsel, hereby appeals from the judgment of conviction and sentence imposed on October 30, 2026, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

Dated: November 6, 2026.

Respectfully submitted,

/s/ *Chukwudi Egbuonu*
Chukwudi Egbuonu
State Bar No. 24081838
Federal I.D. No. 2365112
LAW OFFICE OF CHUKWUDI EGBUONU
2202 Ruth Street
Houston, Texas 77004
Phone: (713) 635-9488
Fax: (832) 426-5792
chuck@celawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November 2026, a true and correct copy of the foregoing document has been served upon the office of the United States Attorney and all parties of record using the ECF system which sent notification of such filing.

/s/ *Chukwudi Egbuonu*
Chukwudi Egbuonu